IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02371-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

KEVIN GUAY,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Kevin Guay filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(I) on September 11, 2014 (ECF No. 30), it is

ORDERED that Defendant Kevin Guay and this action are **DISMISSED WITHOUT PREJUDICE**.

Dated:  September 15, 2014

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge